# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 18, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141160(74)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant,

v

MICHAEL WILLIAM MUNGO,
   Defendant-Appellee.

_____

SC: 141160
COA: 269250
Washtenaw CC: 05-001221-FH

   On order of the Chief Justice, the motion by defendant-appellee for extension of time for filing his brief is considered and, it appearing that the brief was filed March 31, 2011, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2011

          Clerk